IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT OF:<br><br>ANTONIO ARA-PEREZ<br>   aka ANTONIO PEREZ<br>   aka ANTONIO LOPEZ | )<br>)<br>)   Case No.  2:24-mj-362<br>)<br>)<br>) |

AFFIDAVIT OF BRYAN C. HAWKINS IN
SUPPORT OF A CRIMINAL COMPLAINT

I, United States (U.S.) Immigration and Customs Enforcement (ICE) Deportation Officer, Bryan C. Hawkins, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with more than twelve years of experience as a Deportation Officer with the U.S. Immigration and Customs Enforcement (ICE). I am assigned to the Office of Enforcement and Removal Operations located in Westerville, Ohio. I have investigated both criminal and administrative matters involving aliens in the U.S. I have successfully completed the Basic Immigration Officer Course at the Federal Law Enforcement Training Center (FLETC) located in Glynco, Georgia.

2. While investigating ANTONIO ARA-PEREZ (ARA-PEREZ), I have learned the following facts:

3. ARA-PEREZ is a citizen of Mexico and not a citizen of the United States. ARA-PEREZ does not have legal status in the United States.

4. On or about September 18, 2012, a judge at the Superior Court of Arizona in Maricopa County found ARA-Perez guilty of Solicitation to Commit Smuggling, a Class Six Felony, in violation of Arizona Revised Statute 13-2319. For this offense, a judge ordered him to serve sixty-two days in jail and a term of one year of probation.

5. On or about November 16, 2017, ARA-PEREZ was arrested by the U.S. Border Patrol (USBP) at or near Ajo, Arizona. On or about November 17, 2017, ARA-PEREZ was served Immigration Form I-860 (Notice and Order of Expedited Removal), charging inadmissibility pursuant to Title 8 U.S. Code § 1182(a)(7)(A)(i)(I). On or about November 17, 2017, ARA-PEREZ was ordered removed to Mexico by the Deciding Official in Ajo, Arizona pursuant to section 235(b)(1) of the Immigration and Nationality Act. On or about November 18, 2017, ARA-PEREZ was physically removed to Mexico via San Luis, Arizona. On or about that date, ARA-PEREZ surrendered his fingerprint and photo for Immigration Form I-296 (Notice to Alien to Alien Ordered Removed/Departure Verification) which he signed. ARA-PEREZ's departure was witnessed and Form I-296 was signed by an Immigration Officer.

6. On or about December 22, 2023, the Ohio State Highway Patrol (OSHP) arrested and charged ARA-PEREZ with Misdemeanor Operating a Motor Vehicle While Intoxicated, No Driver's License, and Driving in Marked Lanes in Belmont County, Ohio. After ARA-PEREZ was encountered in Ohio, OSHP submitted ARA-PEREZ's fingerprints to the Law Enforcement Support Center (LESC) in Williston, VT. The LESC queried ARA-PEREZ's fingerprints in immigration databases and confirmed ARA-PEREZ's identity as well as his inadmissibility to the United States. The LESC then returned an electronic notification to ICE Columbus notifying ICE Columbus that ARA-PEREZ is residing in the U.S. without lawful status and that ARA-PEREZ has been granted permission from neither the Attorney General of the United States nor the Secretary of the U.S. Department of Homeland Security to reenter the United States.

Your Affiant submits that the above facts establish probable cause for a violation of Title 8 U.S. Code §§ 1326(a) and (b)(2), to wit, ARA-PEREZ, whose removal was subsequent to a conviction for commission of an aggravated felony, was found in the United States, without

having obtained permission from the Attorney General to reapply for admission to the United States.

_____
Bryan C. Hawkins
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this __24th__ day of July 2024.

_____
Hon. Chelsey M. Vascura
U.S. MAGISTRATE JUDGE

3